CHARLES N. SHEPHARD (SBN 078129)
cshephard@ggfirm.com
AARON J. MOSS (SBN 190625)
amoss@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff TOHO CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> VOLTAGE PICTURES, LLC; NACHO VIGALONDO; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-03772 RGK (RAOx) <br><br> **STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]** <br><br> Complaint filed: May 19, 2015 |

84800-00096/2477349.1

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties to this action, through their respective counsel of record, that this action be dismissed with prejudice, with each party bearing their own respective fees and costs. The parties are entering into this stipulation because the matter has been settled.

DATED: October 30, 2015    GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By:  */S/ Charles N. Shephard*
 CHARLES N. SHEPHARD
 AARON J. MOSS
 Attorneys for Plaintiff TOHO CO., LTD.

DATED: October 30, 2015    EISNER JAFFE

By:  */S/ Carole E. Handler*
 CAROLE E. HANDLER
 Attorneys for Defendant VOLTAGE PICTURES, LLC

DATED: October 30, 2015    PLONSKER LAW LLP

By:  */S/ Michael J. Plonsker*
 MICHAEL J. PLONSKER
 Attorneys for Defendant NACHO VIGALONDO

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all parties and I have authorization to affix their electronic signatures to this document.

| | | |
|---|---|---|
| 1 | DATED:  October 30, 2015 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  */S/ Charles N. Shephard*<br>CHARLES N. SHEPHARD<br>AARON J. MOSS |
| 5 | | Attorneys for Plaintiff TOHO CO., LTD. |

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84800-00096/2477349.1

3

STIPULATION OF DISMISSAL